UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | DOCKET NO. 3:14CR46 |
| V. | AMENDED ORDER GRANTING DEFENDANT'S REQUEST TO |
| REGINALD BERNARD LANDRUM | DELAY REPORT DATE TO THE BUREAU OF PRISONS |

_____

This **MATTER** is before the Court by an unopposed motion of the Defendant to delay the date the Defendant shall report to the custody of the Bureau of Prisons. For good cause shown, it is hereby ORDERED that the Defendant's date to report to the Bureau of Prisons shall be delayed such that he shall not report before September 1 and not later than September 30, 2015.
**IT IS SO ORDERED.**

Signed: August 27, 2015

Frank D. Whitney
Chief United States District Judge