IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|       Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO. DNCW3:14CR46 |
| | ) | (Financial Litigation Unit) |
| REGINALD BERNARD LANDRUM, | ) | |
|       Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| NC FILTRATION CORPORATION, | ) | |
|       Garnishee. | ) | |

**DISMISSAL OF ORDER OF CONTINUING GARNISHMENT**

Upon Motion of the United States, for the reasons stated therein and for good cause shown,

it is ORDERED that the Order of Continuing Garnishment entered in this case against the

Defendant Reginald Bernard Landrum as to Garnishee NC Filtration Corporation is DISMISSED.

**SO ORDERED**.

Signed: January 13, 2021

_____

David S. Cayer
United States Magistrate Judge