IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO. DNCW3:14CR46 |
| | ) | (Financial Litigation Unit) |
| | ) | |
| REGINALD BERNARD LANDRUM, | ) | |
| Defendant, | ) | |
| and | ) | |
| | ) | |
| MANN+HUMMEL, | ) | |
| Garnishee. | ) | |

## ORDER OF CONTINUING GARNISHMENT

**THIS MATTER** is before the Court on the United States' Motion for Order of Continuing Garnishment filed on March 9, 2023 (Doc. No. 57). Judgment in the criminal case was filed on May 13, 2015 (Doc. No. 19). As part of that Judgment, the Defendant was ordered to pay an assessment of $100.00 and restitution of $229,691.00 to the victim of the crime. *Id*.

On November 28, 2022, the Court entered a Writ of Continuing Garnishment (Doc. No. 52) to the Garnishee Mann+Hummel. The Garnishee was served with the Writ on December 6, 2022. The Defendant was served with the Writ on January 10, 2023. At the time of the service of the Writ, the Garnishee had in its custody, control or possession property or funds owned by the Defendant, including non-exempt, disposable earnings. The Defendant filed a request for hearing with the Court on January 3, 2023 (Doc. No. 54). The United States filed a response to the Defendant's request for hearing on January 17, 2023 (Doc. No. 55). The Court denied the Defendant's request for hearing on January 19, 2023 (Doc. No. 56).

IT IS THEREFORE ORDERED that an Order of Continuing Garnishment is hereby ENTERED in the amount of $228,929.95 computed through November 28, 2022. The Garnishee

shall pay the United States up to the lesser of (1) twenty-five percent of the Defendant's disposable earnings which remain after all deductions required by law have been withheld, or (2) the amount by which the Defendant's disposable earnings for each week exceed thirty times the federal minimum wage. See 15 U.S.C. § 1673(a). The Garnishee shall continue payments until further order of this Court.

Payments should be made payable to the United States Clerk of Court and mailed to:

Clerk of the United States District Court
401 West Trade Street
Charlotte, North Carolina 28202

In order to ensure that each payment is credited properly, the following should be included on each check: Court Number DNCW3:14CR46.

IT IS FURTHER ORDERED that the Plaintiff will submit this debt to the Treasury for inclusion in the Treasury Offset Program. Under this program, any federal payment the Defendant would normally receive may be offset and applied to this debt.

**SO ORDERED**.

Signed: March 10, 2023

David S. Cayer
United States Magistrate Judge